*Pearse* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1070. GUYTON *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Mack Taylor* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 1015. SMITH *v.* LOUISIANA & ARKANSAS RAILWAY Co. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE BLACK is of opinion that certiorari should be granted. *Messrs. Wils Davis* and *W. S. Atkins* for petitioner. *Mr. A. L. Burford* for respondent.

No. 1069. KUSHNER *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. Samuel M. Ostroff* and *Herman Mendes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1081. ARNOLD *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Maury Hughes* for petitioner.